IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00536-BNB

KAMAL ROY,

Plaintiff,

v.

[NO DEFENDANT NAMED],

Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 4 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff initiated this action by filing *pro se* a document titled "Complaints of Civil Rights Violations." In an order filed on March 17, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Plaintiff to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Plaintiff to file on the proper form a Complaint and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Plaintiff has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's March 17 order. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 24 day of April, 2008.

BY THE COURT:

/s/ Zita Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00536-BNB

Kamal Roy
PO Box 1173
New York, NY 12983

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/24/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk